# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:12-cv-01702-GMN-PAL |
| ) | |
| v. ) | |
| ) | |
| COMELIA CHARITY aka COMELIA ) | |
| TURNER and EARNEST RAY TURNER, ) | |
| ) | |
| Defendants. ) | |

## DEFAULT JUDGMENT AGAINST COMELIA CHARITY AND EARNEST RAY TURNER

This cause coming on to be heard on the Plaintiff's Motion for Default Judgment, the Court being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Default judgment is hereby entered in favor of the Plaintiff and against the Defendants, Comelia Charity a/k/a Comelia Turner and Earnest Ray Turner; and

2. Damages are awarded to the Plaintiff as follows:

   a. Treble damages against Defendant Comelia Charity and Earnest Ray Turner, jointly and severally, in the amount of $30,396.00.

   b. Civil penalties against Comelia Charity in the amount of **$ 24,750.00.**

   c. Civil penalties against Earnest Ray Turner in the amount of **$ 8,250.00.**

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

DATED: February 26, 2013